# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135057

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 135057
COA: 278774
Wayne CC: 82-006692

LARRY DARNELL CHEATHAM,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the August 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

t1217